# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:23-tp-80020-RLR

United States of America

    Plaintiff,

v.

Alan Markovitz

    Defendant.

_____/

## EXPEDITED AGREED MOTION REQUESTING PERMISSION TO TRAVEL AND INCORPORATED BRIEF IN SUPPORT

Defendant Alan Markovitz ("Markovitz"), by his undersigned attorneys and pursuant to Local Rule 7.1(d)(2), moves this Honorable Court for entry of an order allowing him to travel to the Bahamas June 29, 2024 through July 9, 2024, with his fiancé. In support of his motion, Markovitz states as follows:

1. Markovitz was sentenced and a Judgment was entered by the Hon. Linda V. Parker, U.S. District Judge, Eastern District of Michigan on September 1, 2023, to a term of imprisonment of one day, twelve months of supervised release, a special assessment of $100.00 and a fine of $9,500.00.

2. As a condition of his supervised release, Markovitz was also ordered to complete 100 hours of community service.

3. On or about December 27, 2023, Judge Parker transferred jurisdiction as well as supervision to the Southern District of Florida where Markovitz resides.

4. Markovitz asks this Honorable Court to allow him to travel outside the district and outside the United States between June 29, 2024 and July 9, 2024, to the Bahamas, more specifically to the Atlantis Resort for a vacation with his fiancé.

5. Since being notified of the need to file this Expedited Motion, undersigned counsel for Markovitz, Walter J. Piszczatowski, has been researching the procedure for becoming admitted to the Southern District of Florida which differs from the procedure applicable in the Eastern District of Michigan, and after concluding this could not be accomplished in sufficient time, promptly engaged the services of local counsel admitted to this court and sought admission *pro hac vice*. In the absence of an expedited ruling by June 28, 2024, Defendant Markovitz will be required to cancel the planned travel.

6. Markovitz has paid his fine, special assessment, and complied with all his conditions of supervised release, including completion of 100 hours of community service. Both his supervising United States Probation Officer in this district, Mr. Adrian Leiber, and the Assistant United States Attorney who handled the prosecution in the Eastern District of Michigan ("AUSA") have no objection to Markovitz's travel request.

7. Judge Parker previously allowed Markovitz to travel outside of the Continental United States while he was on pre-trial release (See attached Exhibit "A").

8. Markovitz has always timely appeared as ordered by Judge Parker.

9. This Court has the authority to modify "the conditions of supervised release at any time prior to the expiration or termination of the term of supervised release…" 18 U.S.C. §3583(e)(2).

## SD FL LOCAL RULE 7.1(A)(3) CERTIFICATION

Undersigned counsel have discussed this request with Adrian Leiber, the probation officer currently assigned to this case, along with Southern District of Florida Duty AUSA John C. McMillan, who has conferred with Adrian Leiber and does not object to the Court granting the requested relief.

Wherefore, Markovitz respectfully requests that he be allowed to travel outside the Continental United States between June 29, 2024 and returning no later than July 9, 2024.

*[Remainder of this page intentionally left blank.]*

Date: June 24, 2024                    Respectfully submitted,

**WALTERS LAW GROUP**

/s/Lawrence G. Walters
Lawrence G. Walters, Esq.
Florida Bar No. 0776599
195 W. Pine Ave.
Longwood, FL 32750-4104
Telephone: (407) 975-9150
Facsimile: (407) 774-6151
Email: larry@firstamendment.com
Secondary Email: paralegal@firstamendment.com

**HERTZ SCHRAM PC**

Walter J. Piszczatowski (*Pro Hac Vice pending*)
Michigan Bar No. P27158
1760 S. Telegraph, Suite 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000
Email: wallyp@hertzschram.com

Attorneys for Defendant Alan Markovitz

4

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Alan Markovitz,

        Defendant.

Civil No. 23-cr-20058
Honorable Linda V. Parker

        /

## STIPULATED ORDER ALLOWING DEFENDANT INTERNATIONAL TRAVEL

This matter having come before the Court upon Defendant's Request to Clarify and Amend his conditions of bond as requested of the Court on April 27, 2023 and the Government having no objection to the request, and the Court having considered the request of Defendant Markovitz to travel outside the continental United States between the dates of May 11, 2023 and May 29, 2023 in connection with a previously planned trip out of the Country, and the Court being fully advised in the premises and aware of all the facts relevant to this request;

IT IS HEREBY ORDERED that Defendant Markovitz shall be allowed to travel outside the continental United States between the dates of May 11, 2023 and May 29, 2023.

{H0996729.1}

IT IS FURTHER ORDERED that upon his return to the continental United States should Markovitz wish to travel outside the continental United States, he shall inform either his pretrial services officer, or the Court and the Government, and that all conditions of his pretrial release previously imposed shall continue.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 8, 2023

DAWM ISOM
United States Attorney

S/KAREN REYNOLDS
KAREN REYNOLDS
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9672
karen.reynolds@usdoj.gov
[P310290]

Dated: May 8, 2023

S/WALTER J. PISZCZATOWSKI
WALTER J. PISZCZATOWSKI
Attorney for Claimant
1760 S Telegraph Rd Ste 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000
wallyp@hertzschram.com
[P27158]

Dated: May 8, 2023

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*