UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:23-tp-80020-RLR

United States of America

    Plaintiff,

v.

Alan Markovitz

    Defendant.

_____/

### AGREED MOTION REQUESTING PERMISSION TO TRAVEL AND INCORPORATED BRIEF IN SUPPORT

Defendant Alan Markovitz ("Markovitz"), by his undersigned attorneys and pursuant to Local Rule 7.1(d)(2), moves this Honorable Court for entry of an order allowing him to travel to the Bahamas July 31, 2024 through August 4, 2024, with his fiancé. In support of his motion, Markovitz states as follows:

1. Markovitz was sentenced and a Judgment was entered by the Hon. Linda V. Parker, U.S. District Judge, Eastern District of Michigan on September 1, 2023, to a term of imprisonment of one day, twelve months of supervised release, a special assessment of $100.00 and a fine of $9,500.00.

2. As a condition of his supervised release, Markovitz was also ordered to complete 100 hours of community service.

3. On or about December 27, 2023, Judge Parker transferred jurisdiction as well as supervision to the Southern District of Florida where Markovitz resides.

4. Markovitz asks this Honorable Court to allow him to travel outside the district and outside the United States between July 31, 2024 and August 4, 2024, to the Bahamas.

5. Markovitz has paid his fine, special assessment, and complied with all his conditions of supervised release, including completion of 100 hours of community service. Both his supervising United States Probation Officer in this district, Mr. Adrian Leiber, and the Assistant United States Attorney who handled the prosecution in the Eastern District of Michigan ("AUSA") have no objection to Markovitz's travel request. Additionally, contact was made with the duty AUSA in the Southern District of Florida who has no objection to this travel request.

6. Judge Parker previously allowed Markovitz to travel outside of the Continental United States while he was on pre-trial release, and this Court granted a previous Motion to Allow Travel (ECF 4).

7. Markovitz has always timely appeared as ordered by Judge Parker.

8. This Court has the authority to modify "the conditions of supervised release at any time prior to the expiration or termination of the term of supervised release…" 18 U.S.C. §3583(e)(2).

## SD FL LOCAL RULE 7.1(A)(3) CERTIFICATION

Undersigned counsel, Walter J. Piszczatowski, has discussed this request with Adrian Leiber, the probation officer currently assigned to this case, along with Southern District of Florida Duty AUSA Katie Sells, who do not object to the Court granting the requested relief.

Wherefore, Markovitz respectfully requests that he be allowed to travel outside the Continental United States between July 31, 2024 and returning no later than August 4, 2024.

Date: July 24, 2024            Respectfully submitted,

**WALTERS LAW GROUP**

/s/Lawrence G. Walters
Lawrence G. Walters, Esq.
Florida Bar No. 0776599
195 W. Pine Ave.
Longwood, FL 32750-4104
Telephone: (407) 975-9150
Facsimile: (407) 774-6151
Email: larry@firstamendment.com
Secondary Email: paralegal@firstamendment.com

**HERTZ SCHRAM PC**

Walter J. Piszczatowski (*Admitted Pro Hac Vice*)
Michigan Bar No. P27158
1760 S. Telegraph, Suite 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000
Email: wallyp@hertzschram.com
*Attorneys for Defendant Alan Markovitz*