# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 9:23-tp-80020-RLR

United States of America

     Plaintiff,

v.

Alan Markovitz

     Defendant.

_____/

### STIPULATED PROPOSED ORDER GRANTING MOTION REQUESTING TRAVEL

This matter having come before the Court upon Alan Markovitz's ("Markovitz") Motion Requesting Permission Travel to travel to the Bahamas between July 31, 2024, and August 4, 2024; the Assistant United States Attorney who was in charge of the prosecution in the Eastern District of Michigan ("AUSA") and the U.S. Probation Officer supervising Markovitz in this district, Mr. Adrian Lieber, having no objection to the request; and the Court being otherwise fully advised in the premises and aware of the facts relevant to this request, including the fact that Markovitz's one year term of Supervised Release ends on or about August 30, 2024;

IT IS HEREBY ORDERED that Defendant Markovitz shall be allowed to travel outside the continental United States to the Bahamas between the dates of July 31, 2024 and August 4, 2024.

IT IS FURTHER ORDERED that upon his return to the Southern District of Florida, Markovitz will be subject to the supervision of his Probation Officer in the Southern District of Florida, and shall report to him upon his return, no later than August 5, 2024, and that all conditions imposed to the sentence of supervised release will remain in effect until further Order of this Court.

**IT IS SO ORDERED:**

Dated: July __, 2024

_____
Hon. Robin L. Rosenberg
United States District Judge